NO. 07-04-0314-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 2, 2004

_____


SCHOENBORN & DOLL ENTERPRISES, INC.,
INTERVENER INTO JUDY NOLAN, APPELLANT

V.

AMERICAN CLUB SYSTEMS, INC., APPELLEE


_____

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2002-517,144; HONORABLE SAM MEDINA, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.


**MEMORANDUM OPINION**


Appellant Schoenborn & Doll Enterprises, Inc., Intervener into Judy Nolan, perfected this appeal challenging the trial court's summary judgment in favor of appellee American Club Systems, Inc. Pending before this Court is Schoenborn's motion by which it represents it desires to have this appeal dismissed without prejudice. Without passing on

the merits of the case, the motion is granted and the appeal is hereby dismissed.  *See* Tex.

R. App. P. 42.1(a)(1).


Don H. Reavis
Justice